# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
            **Plaintiff,**

    **v.**                                                          **Case No. 13-CR-091**

**CULLY WHITE**
            **Defendant.**

---

## ORDER

      **IT IS ORDERED** that defendant surrender to the Bureau of Prisons by reporting to FPC

Duluth on June 3, 2014, before 2:00 p.m.

      Dated at Milwaukee, Wisconsin, this 27th day of May, 2014.

      /s Lynn Adelman

      _____
      LYNN ADELMAN
      District Judge